

**ORDERED in the Southern District of Florida on May 3, 2022.**

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 21-20105-LMI |
| | : | |
| GOAR GONZALEZ-CARVAJAL, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____/ | | |

### AGREED ORDER GRANTING TRUSTEE'S EX PARTE MOTION TO EXTEND THE DEADLINE FOR FILING OBJECTIONS TO CLAIMED EXEMPTIONS [D.E. 38]

THIS MATTER, came before the Court upon the Trustee's Agreed *Ex Parte* Motion of Scott N. Brown, Trustee to Extend the Deadline for Filing Objections to Claimed Exemptions [D.E. #38] (the "*Motion*"), and the Court, having reviewed the Motion and the record herein, and being otherwise fully advised that the matter is agreed, it is Ordered that:

1. The Trustee's Agreed *Ex Parte* Motion to Extend the Deadline for Filing Objections to Claimed Exemptions [D.E. #38] is **GRANTED**.

2. The Trustee, Scott N. Brown shall have, to and including May 31, 2022, in which to file objections to claimed exemptions.

###

Submitted by

ROBERT A. ANGUEIRA, P.A.
16 SW 1st Avenue
Miami, FL 33130
Tel. (305) 263-3328
e-mail   rangueir@bellsouth.net


Copies furnished to:
Robert A. Angueira, Esq.

*(Attorney Robert Angueira is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.)*